01-15-00668-CR

# CHRIS DANIEL

### HARRIS COUNTY DISTRICT CLERK



July 30, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
8/4/2015 3:52:45 PM
CHRISTOPHER A. PRINE
Clerk

HONORABLE DENISE BRADLEY
262ND DISTRICT COURT
HARRIS COUNTY

Defendant's Name: ROBERT LEE TINSLEY IV

Cause No: 1453002

Court: 262ND DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 7-30-15
**Sentence Imposed Date:** 7-30-15
**Court of Appeals Assignment:** First Court of Appeals
**Appeal Attorney of Record:** TO BE DETERMINED

Sincerely,

L Arriaga
Criminal Post Trial Deputy

CC: Devon Anderson
  District Attorney
  Appellate Division
  Harris County, Texas

  MATTIE KIMBLE (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin P.O. Box 4651 Houston, Texas 77210-4651

Cause No. 1453002

# THE STATE OF TEXAS

### V.

Robert Tinsley , A/K/A/ _____

___262nd___ District Court / County Criminal Court at Law No. _____

## Harris County, Texas

## NOTICE OF APPEAL

### TO THE HONORABLE JUDGE OF SAID COURT:

On ___7/29/2015___ (date), the defendant in the above numbered and styled cause gives NOTICE OF APPEAL of his conviction.

The undersigned attorney (check appropriate box):

☐ MOVES to withdraw.

☑ ADVISES the court that he will CONTINUE to represent the defendant on appeal.

___7/29/2015___
**Date**

Robert Tinsley
**Defendant (Printed name)**

**Attorney (Signature)**

christian Becerra
**Attorney (Printed name)**

240069820
**State Bar Number**

2512 1st, Rosnbrg TX 7747
**Address**

281 344 2512
**Telephone Number**

The defendant (check all that apply):

☐ REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT appellate counsel to represent him.

☐ ASKS the Court to ORDER that a free record be provided to him.

☑ ASKS the court to set BAIL.

Accordingly, Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief.

**Defendant (Signature)**

Robert Tinsley
**Defendant's Printed name**

SWORN TO AND SUBSCRIBED BEFORE ME ON _____

By Deputy District Clerk of Harris County, Texas _____

**FILED**
Chris Daniel

JUL 30 2015

Time:_____
Harris County, Texas

By_____
Deputy

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

# ORDER

On _____ JUL 3 0 2015 _____ the Court conducted a hearing and **FINDS** that defendant / appellant

☑ **IS NOT** indigent at this time.

☐ **IS** indigent for the purpose of

    ☐ employing counsel

    ☐ paying for a clerk's and court reporter's record.

    ☐ employing counsel or paying for a clerk's and court reporter's record.

The Court **ORDERS** that

☑ Counsel's motion to withdraw is **GRANTED / DENIED.**

☐ Defendant / appellant's motion (to be found indigent) is **DENIED.**

☐ Defendant's / appellant's motion is **GRANTED** and

    ☐ _____(attorney's name & bar card number)
is **APPOINTED** to represent defendant / appellant on appeal.

    ☐ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to defendant / appellant.

**BAIL IS:**

☐ SET at $ _____

☐ TO **CONTINUE** as presently set.

☒ **DENIED** and is **SET** at **NO BOND.** (Felony Only)

DATE SIGNED: ___JUL 3 0 2015___
         7- 30 -15

_____
JUDGE PRESIDING,
262 DISTRICT COURT /
COUNTY CRIMINAL COURT AT LAW NO. ____,
HARRIS COUNTY, TEXAS

 

Cause No. 1453002/003

THE STATE OF TEXAS

v.

Robert Tinsley Defendant

IN THE 262 DISTRICT COURT

COUNTY CRIMINAL COURT AT LAW NO. _____

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☑ is not a plea-bargain case, and the defendant has the right of appeal. [or]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [or]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [or]

☐ is a plea-bargain case, and the defendant has NO right of appeal. [or]

☐ the defendant has waived the right of appeal.

7-30-15

JUL 30 2015

_____
Judge

_____
Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____
Defendant

_____
Defendant's Counsel

Mailing Address: _____

Telephone number: _____

Fax number (if any): _____

**FILED**
Chris Daniel
District Clerk
JUL 30 2015
Time: _____
Harris County, Texas
By _____ Deputy

State Bar of Texas ID number: 24006920

Mailing Address: 2512 1 ST, Rosenberg, TX 77

Telephone number: 291 344 2512

Fax number (if any): 281 633 0735

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

**CLERK**                                          9/1/2011

# APPEAL CARD



**Court** 202    9-21-15    **Cause No.** 1453002

## The State of Texas
### Vs
Robert Tinsley
7-30-15

**Date Notice Of Appeal:** 7/30/15

**Presentation:**          Vol._____ Pg._____

**Judgment:**          Vol._____ Pg._____

**Judge Presiding** Denise Bradley
**Court Reporter** Mattie Kimble
**Court Reporter**_____
**Court Reporter**_____

**Attorney on Trial** James Bacerra

**Attorney on Appeal** to be set

          Appointed_____ Hired_____

**Offense** a/sex ast child

**Jury Trial:**          Yes __✓__ No_____

**Punishment Assessed** 18y TDC

**Companion Cases (If Known)** 1453003

**Amount of Appeal Bond**_____

**Appellant Confined:**          Yes __✓__ No_____

**Date Submitted To Appeal Section** 7/29/15

**Deputy Clerk** _____

Notice of Appeal Card Rev. 9/84